SINCE HARDWARE (GUANGZHOU) CO., LTD., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

v.

Home Products International, Inc., Defendant–Appellant.

No. 2009–1280.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Ronald M. Wisla, Garvey Schubert Barer, of Washington, DC, argued for plaintiff-appellee.

David S. Silverbrand, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Thomas M. Beline, Attorney–International, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Frederick L. Ikenson, Blank Rome LLP, of Washington, DC, argued for defendant-appellant. Of counsel was Katia I. Fano.

Before LOURIE, FRIEDMAN, and PROST, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.